CHARLES MILLSTEIN, Respondent, v. REALTY UNIT B, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HOWARD CARLOCK, JR., an Infant, etc., by HOWARD CARLOCK, His Guardian ad Litem, and HOWARD CARLOCK, Respondents, v. WARD BAKING COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired, etc., for an Addition to Fort Washington Park, etc., and for the Widening of Dyckman Street on its Southerly Side, Adjoining the Right-of-Way of The New York Central Railroad, etc. LILLIAN G. BITTING and Others, Appellants; THE NEW YORK CENTRAL RAILROAD COMPANY and THE CITY OF NEW YORK, Respondents.— Final decree so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

FLORINDO S. POLO, Appellant, v. 250 WEST EIGHTY-EIGHTH STREET REALTY CORPORATION and SAMUEL J. KAPLAN, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILLIAM KEMPTON JOHNSON and Others, Appellants, v. 148 EAST 39TH STREET, INC., and Others, Respondents, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J. Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of Officer ARTHUR FLEMING, Respondent, v. HERMAN MCTOOTLE, Appellant.— Judgments affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CONLEW, INC., Respondent, v. HERMAN KRAUT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SILVERMAN FREDA CONSTRUCTION CORPORATION, Respondent, v. JACQUES POLSTEIN, INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HENRIETTA DUFFY, as Administratrix, etc., of BERNARD DUFFY, Deceased, Respondent, v. ITALO AMERICAN TRUCKING CORPORATION, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

KNOX B. PHAGAN, as Assignee of BELGIAN LEATHER CORPORATION, Appellant, v. WOLFF-TOBER SHOE MANUFACTURING COMPANY, a Corporation Organized under the Laws of Missouri, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.